KOONCE v. INSURANCE Co., from Onslow; *Thompson* and *A. D. Ward,* for appellee. Motion to docket and dismiss appeal under Rule 17 allowed.

SUTTON v. ERSKINE, from Lenoir; *Pollock,* for appellee. Motion to docket and dismiss appeal under Rule 17 allowed. (Same order in another case between same parties.)

PARKER v. RAILROAD Co., from Wayne; *Allen & Dortch* and *Isaac F. Dortch,* for plaintiff; *Munroe, Elliott* and *Daniels,* for defendant. Affirmed.

ARNOLD v. HARDY, from Harnett; *Murchison & Johnson,* for plaintiff; *Spears* and *Argo,* for defendant. New trial.

ARNOLD v. DENNIS, from Harnett; *Murchison & Johnson,* for plaintiff; *Stewart & Godwin,* for defendant. New trial.

BAKER v. RALEIGH COTTON MILLS, from Wake; *Douglass & Simms,* for plaintiff; *Battle & Mordecai,* for defendant. Affirmed.

CARROLL v. RAL. TEL. Co., from Wake; *Snow,* for plaintiff; *Battle & Mordecai* and *W. N. Jones,* for defendant. Affirmed.

ROSEMOND v. RAILROAD Co., from Wake; *Argo,* for plaintiff; *Day & Bell,* for defendant. Affirmed.

YOUNG v. HODGES, from Harnett; *McLean & Clifford,* for appellee. Motion to docket and dismiss appeal under Rule 17 allowed.

TUDOR v. WILSON, from Wake; *Busbee & Busbee,* for appellee; *Ryan,* for appellant. Motion to docket and dismiss appeal under Rule 17 allowed and motion to reinstate denied.

McQUEEN v. FAIRLEY, from Robeson; *Patterson & McCormick,* for plaintiff; *B. F. McLean,* for defendant. Affirmed.

SCOTT v. CITY OF GREENSBORO, from Guilford; *Barringer,* for plaintiff; *Scales & Taylor,* for defendant. Affirmed on authority of *Peterson v. Wilmington,* 130 N. C., 76.